IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRANGE MUTUAL CASUALTY COMPANY n/k/a GRANGE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WINFIELD FARM, INC.; AMY HELTON MOREL; and JAMI NICOLE BASSETT,<br><br>    Defendants. | CIVIL ACTION NO.: 4:19-cv-253 |

**O R D E R**

Currently pending before the Court are a Motion for Summary Judgment filed by Plaintiff Grange Mutual Casualty Company n/k/a Grange Insurance Company ("Grange"), (doc. 28), and a Joint Motion to Dismiss the Counterclaim of Amy Helton Morel and Winfield Farm, Inc. with Prejudice, (doc. 30). For reasons provided, both Motions, which are unopposed, are hereby granted.

In the summary judgment motion, Grange presents evidence that it exhausted the limits of the insurance policy by payment of settlements prior to the commencement of the underlying liability action brought by Defendant Jami Nicole Bassett against Defendants Winfield Farm, Inc. and Amy Helton Morel.

With respect to the summary judgment motion, Winfield and Morel have responded by agreeing with Grange that its coverage for Bassett's claim has been exhausted by payment of the applicable limits, that Grange has no obligation to either defend or indemnify them for Bassett's claim, and that they do not contest Grange's statement of facts or conclusions of law presented in support of the motion for summary judgment. (Doc. 31.) Bassett has responded by noting that

Winfield Farm and Morel consent to the entry of judgment and that she takes no position with regard to Grange's motion for summary judgment. (Doc. 32.)

Upon reviewing Grange's motion along with the supporting evidence and applicable law, the Court finds that Grange is entitled to the relief requested.

In the joint motion to dismiss, Winfield Farm and Morel agree to dismiss their counterclaim asserted in this action against Grange, (doc. 20). Bassett, who seeks damages from Winfield Farm and Morel in the underlying lawsuit, has not responded to the joint motion to dismiss the counterclaim by Winfield Farm and Morel against Grange. Upon review of the Joint Motion to Dismiss, and for good cause, the Motion is **GRANTED** and the Counterclaim against Grange is **DISMISSED** with prejudice. See Fed. R. Civ. P. 41(a)(2), (c).

Accordingly, the Court **GRANTS** Grange's motion for summary judgment, (doc. 28), and declares that Grange has no legal obligation to defend or indemnify Winfield or Morel for the claims asserted by Bassett in the case styled <u>Jami Nicole Bassett v. Winfield Farm. Inc. and Amy Helton Morel</u> in the State Court of Effingham County, Civil Action Number STCV20190000001.

Further, the Court **GRANTS** the Joint Motion to Dismiss, (doc. 30), and the Counterclaim against Grange is hereby **DISMISSED** with prejudice.

The Clerk is hereby authorized and directed to enter an appropriate judgment and to **CLOSE** this case.

**SO ORDERED**, this 9th day of June, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA